<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-1528**

───────────

PIERRE ANTOINE GOHO,

Petitioner,

versus

JOHN ASHCROFT, Attorney General of the United
States,

Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration
Appeals. (A70-795-700)

───────────

Submitted:  November 19, 2003      Decided:  December 3, 2003

───────────

Before WIDENER, WILKINSON, and GREGORY, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for
Petitioner.  Peter D. Keisler, Assistant Attorney General, Earle B.
Wilson, Senior Litigation Counsel, Carol Federighi, Office of
Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Pierre Antoine Goho, a native and citizen of the Ivory Coast, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen removal proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Goho's motion to reopen. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Goho, No. A70-795-700 (B.I.A. Apr. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED